**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE DORIAN, an individual, and MA EUNICE REYES, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>MERCEDES-BENZ USA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 8:25-cv-01744-DOC-JDE<br><br>**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT [15]**<br><br>Judge: Hon. David O. Carter |

  Per the stipulation of the Parties, the case is ordered remanded to the Superior Court of the State of California for the County of Orange. All pending hearings in this Court are hereby vacated.

  **IT IS SO ORDERED.**

DATE: September 5, 2025

_David O. Carter_
_____

United States District Judge
Central District of California

1

**ORDER ON STIPULATION TO REMAND CASE TO STATE COURT**